UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRANDYN RIDGEWAY and TIM SMITH on behalf of themselves and all others similarly situated and the general public,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NABORS COMPLETION & PRODUCTION SERVICES CO., a Delaware corporation; CITY OF LONG BEACH, a California municipality; TIDELANDS OIL PRODUCTION COMPANY, a business of unknown form, and DOES 1 through 200,<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-03436-DDP-VBKx<br>District Judge: Dean D. Pregerson<br>Magistrate Judge: Victor B. Kenton<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br>Complaint Served: April 7, 2015<br>Trial Date: None |

　　The Court has reviewed and hereby enters the Stipulated Protective Order submitted by the parties on April 1, 2016.

　　FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

　　DATED: April  13  , 2016

　　　　　　　　　　　　　　　　　　　*/s/ Dean D. Pregerson*
　　　　　　　　　　　　　　　　　　　Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　United States District Judge

1

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER